# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE HUERTA,<br><br>           Petitioner,<br><br>  v.<br><br>W. J. SULLIVAN, Warden,<br><br>           Respondent. | 1:06-CV-00537 OWW LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #7]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>[Doc. #1]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se. Petitioner has filed a petition entitled, "Petition for Writ of Mandate/Prohibition."

    On July 13, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to habeas corpus relief. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On July 21, 2006, Petitioner filed objections to the Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Findings and Recommendation issued July 13, 2006, is ADOPTED IN FULL;

      2. The Petition for Writ of Habeas Corpus is DISMISSED; and

      3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   August 25, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE